PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 8:16CR00346 |
| Armando Esteban Nolasco | |

On May 25, 2016 the above named was placed on probation/supervised release for a period of 48 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Sr. U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of January, 20 20.

Laurie Smith Camp
Senior U.S. District Judge